United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LOY MATUTE SANDOVAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05396 |
| | § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Doc. #8. IT IS, THEREFORE, ORDERED that all claims and causes of action in this litigation are DISMISSED WITHOUT PREJUDICE. All pending motions are denied as moot.

The Clerk of Court is DIRECTED to close this case.

It is so ORDERED.

OCT 0 2 2026
Date

The Honorable Alfred H. Bennett
United States District Judge